## 22583.    PICKENS v. THE STATE.

MOBLEY, Justice.   The facts of this case raise a question identical to the question decided this day in the case of *Fair v. State*, ante; therefore, this case is controlled by the decision in *Fair v. State*, and accordingly, the judgment of the Court of Appeals is reversed.

*Judgment reversed.   All the Justices concur, except Almand and Quillian, JJ., who dissent.*

SUBMITTED SEPTEMBER 14, 1964—DECIDED OCTOBER 13, 1964.

*Johnson & Johnson, Jean E. Johnson, Sr.,* for plaintiff in error. *George D. Lawrence, Solicitor General,* contra.